NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**TELUS CORP., GOCO TECHNOLOGY, LP,**
*Appellants*

**v.**

**LOGMEIN, INC., GOTO TECHNOLOGIES USA, INC,**
*Appellees*

———————————————

2024-1150

———————————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91269331.

———————————————

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 16, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 16, 2024